**Order entered January 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00923-CR**
**No. 05-20-00924-CR**

**TRENT AARON SELVAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81230-2020 & 296-81231-2020**

## ORDER

The reporter's record was due on December 4, 2020. When it was not filed, we notified court reporter Janet Dugger by postcard dated December 8, 2020 and directed her to file the record by January 7, 2021. To date, the reporter's record has not been filed, and we have had no communication from Ms. Dugger.

We **ORDER** court reporter Janet Dugger to file the reporter's record by February 19, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach Jr., Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE